AARON J. MOSS (SBN 190625)
AMoss@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN &
MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Plaintiffs
Gameloft S.A. and Gameloft, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAMELOFT S.A. and GAMELOFT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT BURCK d/b/a THE NAKED COWBOY and NAKED COWBOY ENTERPRISES, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. CV09-3769 AHM (Ex) <br><br> **ORDER RE DISMISSAL** |

30281-00016/1693906.1

[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL

## **ORDER**

1. The entire action is dismissed with prejudice.

2. Each Party shall bear its own costs and attorneys' fees incurred in this action.

IT IS SO ORDERED.

DATED: July 01, 2009

**JS-6**

_____
A. Howard Matz
United States District Judge

**GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP**
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

30281-00016/1693906.1

1

[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL